# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2022 ND 75

Tiffany Schultz,

Plaintiff and Appellant

v.

Zachary DeClusin,

Defendant and Appellee

## No. 20210315

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Susan L. Bailey, Judge.

AFFIRMED.

Per Curiam.

Theresa L. Kellington, Bismarck, ND, for plaintiff and appellant.

Leah R. Carlson, West Fargo, ND, for defendant and appellee.

# Schultz v. DeClusin
## No. 20210315

**Per Curiam.**

[¶1]    Tiffany Schultz appeals from an amended judgment awarding primary residential responsibility of their child to Zachary DeClusin. She also appeals from a money judgment awarding DeClusin $17,159.63 in attorney's fees and costs. Schultz claims the district court clearly erred in awarding DeClusin primary residential responsibility, and the court abused its discretion by awarding DeClusin attorney's fees and costs. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]    Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte